John F. Heil, III, Bar No. 15904, admitted *pro hac vice*
Robert P. Fitz-Patrick, Bar No. 14713, admitted *pro hac vice*
**HALL, ESTILL, HARDWICK, GABLE,**
**GOLDEN & NELSON, P.C.**
320 South Boston Avenue, Suite 200
Tulsa, OK  74103-3706
Telephone:  (918) 594-0400

Malcom S. Segal, Bar No. 075481
James P. Mayo, Bar No. 169897
**SEGAL & KIRBY LLP**
770 L Street, Suite 1440
Sacramento, CA 95814
Telephone:  (916) 441-0828
Facsimile:  (916) 446-6003
msegal@segalandkirby.com
jmayo@segalandkirby.com
Attorneys for Plaintiff
ROAD SCIENCE, L.L.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| ROAD SCIENCE, LLC, a Delaware limited liability company,<br><br>            Plaintiff,<br><br>    v.<br><br>TELFER OIL COMPANY d/b/a WINDSOR FUEL COMPANY, a California Partnership, TELFER TANK LINES, INC., A California corporation, TELFER ENTERPRISES, INC., a California corporation, and ASPHALT SERVICE COMPANY, a California corporation,<br><br>            Defendants. | CASE NO.  2:10-CV-00786 FCD GGH<br><br>**JOINT STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO TELFER'S COUNTERCLAIMS** |
|---|---|

Road Science, LLC ("Road Science") and Telfer Oil Company ("Telfer") hereby state, stipulate and agree as follows:

1. Road Science respectfully requests that the Court grant it until July 12, 2010 to respond to Telfer's Counterclaims for the reasons set forth in its Unopposed Motion for Extension of Time to Respond to Counterclaims on July 2, 2010 (Doc No. 25).

2. Counsel for Road Science has contacted Telfer's counsel and Telfer's counsel has agreed to the extension.

IT IS SO STIPULATED.

Dated this 6th day of July, 2010

**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

By: /s/John F. Heil, III
    John F. Heil, III,
    admitted *pro hac vice*
    Robert P. Fitz-Patrick,
    admitted *pro hac vice*
    Attorneys for Plaintiff
    ROAD SCIENCE, LLC

**SEGAL & KIRBY LLP**

By: /s/James P. Mayo
    Malcolm S. Segal
    James P. Mayo
    Attorneys for Plaintiff
    ROAD SCIENCE, LLC


AND

   /s/David A. Makman          (as authorized on July 6, 2010)
    **KIRIN LAW GROUP, P.C.**
    David A. Makman
    Attorneys for Defendants
    TELFER OIL COMPANY,
    WINDSOR FUEL COMPANY,
    TELFER TANK LINES, INC.
    TELFER ENTERPRISES, INC.
    AND ASPHALT SERVICE COMPANY

## **ORDER**

Good cause appearing, and pursuant to stipulation of the parties, IT IS HEREBY ORDERED THAT that Plaintiff is granted until July 12, 2010 to file its response to Defendant Telfer Oil Company's Counterclaims.

Date: July 6, 2010.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE