David A. Makman (State Bar No. 178195)
LAW OFFICES OF DAVID MAKMAN
90 New Montgomery Street, Suite 600
San Francisco, California 94105
Telephone:  (415) 777-8572
Facsimile:  (415) 777-8632
Email: david@makmanlaw.com

Robert F. Kramer (State Bar No. 181706)
Eric Shih (State Bar No. 156102)
Stephanie R. Wood (State Bar No. 242572)
NOVAK DRUCE + QUIGG LLP
555 Mission Street, Thirty-Fourth Floor
San Francisco, CA  94105
Telephone:   (415) 814-6161
Facsimile:    (415) 814-6165
Email: robert.kramer@novakdruce.com
Email: eric.shih@novakdruce.com
Email:stephanie.wood@novakdruce.com

Andrea M. Miller (State Bar No. 88992)
NAGELEY, MEREDITH & MILLER, INC.
8001 Folsom Boulevard, Suite 100
Sacramento, CA  95826
Email: amiller@nmlawfirm.com

Attorneys for Defendants
TELFER OIL COMPANY d/b/a
WINDSOR FUEL COMPANY,
TELFER TANK LINES, INC.
TELFER ENTERPRISES, INC., and
ASPHALT SERVICE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROAD SCIENCE, L.L.C., a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TELFER OIL COMPANY d/b/a WINDSOR FUEL COMPANY WINDSOR FUEL COMPANY, a California partnership, TELFER TANK LINES, INC., a California corporation, TELFER ENTERPRISES, INC., a California corporation and ASPHALT SERVICE COMPANY, a California corporation,<br><br>　　　　Defendants. | Case No. 2:10-cv-00786 FCD GGH<br><br>**STIPUALTION AND ORDER GRANTING TELFER OIL COMPANY'S UNOPPOSED APPLICATION FOR LEAVE TO AMEND ANSWER AND COUNTERCLAIMS** |

Plaintiff Road Science, LLC ("Road Science") and Defendants Telfer Oil Company, d/b/a Windsor Fuel Company, Telfer Tank Lines, Inc., Telfer Enterprises, Inc., and Asphalt Service Company (collectively "Telfer") hereby state, stipulate and agree as follows:

1. Defendants will file an Amended Answer and Counterclaims on or before September 3, 2010.

2. Accordingly, Road Science's Motion to Dismiss Telfer's Counterclaims is moot and the hearing on Road Science's Motion to Dismiss Telfer's Counterclaims noticed for September 10, 2010 at 10:00 a.m. will be removed from the Court's calendar. Road Science reserves the right to move to dismiss Telfer's Amended Answer and Counterclaims.

IT IS SO STIPULATED.

Dated: August 23, 2010

By: /s/ John F. Heil
Robert Fitz-Patrick, *pro hac vice*
John F. Heil, III, *pro hac vice*
HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.
Attorneys for Plaintiff
ROAD SCIENCE, LLC


By: /s/ James P. Mayo
James P. Mayo
SEGAL & KIRBY
Attorney for Plaintiff
ROAD SCIENCE, LLC


By: /s/ Robert F. Kramer
Robert F. Kramer
NOVAK DRUCE & QUIGG LLP
Attorney for Defendants
TELFER OIL COMPANY d/b/a
WINDSOR FUEL COMPANY,
TELFER TANK LINES, INC.
TELFER ENTERPRISES, INC., and
ASPHALT SERVICE COMPANY

**ATTESTATION BY STEPHANIE WOOD**

I hereby attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Executed on this 23rd day of August, 2010, at San Francisco, California.

/s/ Stephanie R. Wood
Stephanie R. Wood (SBN 242572)
Attorney for Defendants
TELFER OIL COMPANY d/b/a
WINDSOR FUEL COMPANY,
TELFER TANK LINES, INC.
TELFER ENTERPRISES, INC., and
ASPHALT SERVICE COMPANY

**ORDER**

Good cause appearing, and pursuant to stipulation of the parties, IT IS HEREBY ORDERED THAT:

1. Telfer shall file its Amended Answer and Counterclaims on or before September 3, 2010.

2. Accordingly, Road Science's Motion to Dismiss Telfer's Counterclaims is moot and the associated hearing set for September 10, 2010 at 10:00 a.m. is removed from the Court's calendar.

Dated: August 24, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE