**SEGAL & KIRBY LLP**
James P. Mayo, SBN 169897
770 L Street, Suite 1440
Sacramento, CA 95814
Telephone: (916) 441-0828
jmayo@segalandkirby.com

**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
John F. Heil, III, OBA #15904, *pro hac vice*
Robert P. Fitz-Patrick, OBA #14713, *pro hac vice*
320 South Boston Avenue, Suite 200
Tulsa, Oklahoma 74103
Telephone (918) 594-0400
jheil@hallestill.com
rfitzpatrick@hallestill.com

ATTORNEYS FOR PLAINTIFF ROAD SCIENCE, LLC

*Please see continuation page for a complete list
of the parties and their respective counsel.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ROAD SCIENCE, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TELFER OIL COMPANY d/b/a WINDSOR FUEL COMPANY, a California partnership, et al.,<br><br>Defendants. | CASE NO. 2:10-CV-00786 FCD GGH<br><br>**STIPULATION AND ORDER REGARDING CLAIM CONSTRUCTION SCHEDULE** |

___

**CONTINUATION SHEET: PARTIES
AND THEIR RESPECTIVE COUNSEL**

| **KIRIN LAW GROUP**<br>David A. Makman<br>90 New Montgomery St., Ste. 600<br>San Francisco, CA  94105<br>Telephone: (415) 707-5005<br>dmakman@kirinlaw.com<br><br>ATTORNEYS FOR DEFENDANTS<br>TELFER OIL COMPANY<br>D/B/A WINDSOR FUEL COMPANY,<br>TELFER TANK LINES, INC.,<br>TELFER ENTERPRISES, INC. AND<br>ASPHALT SERVICE COMPANY | **NOVAK DRUCE & QUIGG LLP**<br>Robert F. Kramer<br>555 Mission Street, 34th Floor<br>San Francisco, CA 94105<br>Phone: (415) 814-6161<br>robert.kramer@novakdruce.com<br><br>ATTORNEYS FOR DEFENDANTS<br>TELFER OIL COMPANY<br>D/B/A WINDSOR FUEL COMPANY,<br>TELFER TANK LINES, INC.,<br>TELFER ENTERPRISES, INC. AND<br>ASPHALT SERVICE COMPANY |
|---|---|
| **NAGELEY, MEREDITH & MILLER, INC.**<br>Andrea M. Miller<br>8001 Folsom Boulevard, Suite 100<br>Sacramento, CA  95826<br>Telephone: (916) 386-8282<br>amiller@nmlawfirm.com<br><br>ATTORNEYS FOR DEFENDANTS<br>TELFER OIL COMPANY<br>D/B/A WINDSOR FUEL COMPANY,<br>TELFER TANK LINES, INC.,<br>TELFER ENTERPRISES, INC. AND<br>ASPHALT SERVICE COMPANY | |

Plaintiff Road Science, LLC ("Road Science") and Defendants Telfer Oil Company, d/b/a Windsor Fuel Company, Telfer Tank Lines, Inc., Telfer Enterprises, Inc., and Asphalt Service Company (collectively "Defendants") hereby state, stipulate and agree, subject to the Court's approval, to modify the following dates for submitting documents relating to the parties' claim construction positions:

1. The parties will exchange preliminary claim constructions on November 22, 2010, instead of November 5, 2010.

2. A Joint Claim Construction and Pre-hearing Statement will be filed on December 23, 2010, instead of December 3, 2010.

3. Claim construction discovery will be completed on January 3, 2011, instead of December 17, 2010.

This is the first such request for a continuance of these dates, and the parties believe that such continuance will not affect the date scheduled for a Claim Construction hearing in this case.

**IT IS SO STIPULATED.**

Dated: November 3, 2010     By:     /s/ John F. Heil, III
John F. Heill, III, *pro hac vice*
**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
Attorneys for Plaintiff
**ROAD SCIENCE, LLC**

Dated: November 3, 2010     By:     /s/ James P. Mayo
James P. Mayo
**SEGAL & KIRBY LLP**
Attorney for Plaintiff
**ROAD SCIENCE, LLC**

Dated: November 3, 2010     By:     /s/ David A. Makman
David A. Makman
**LAW OFFICES OF DAVID A. MAKMAN**
Attorney for Defendants
**TELFER OIL COMPANY d/b/a WINDSOR FUEL COMPANY, TELFER TANK LINES, INC., TELFER ENTERPRISES, INC., and ASPHALT SERVICE COMPANY**

| | | |
|---|---|---|
| 1 | Dated: November 3, 2010 | By:  /s/ Robert F. Kramer |

Robert F. Kramer
**NOVAK DRUCE + QUIGG LLP**
Attorney for Defendants
**TELFER OIL COMPANY d/b/a WINDSOR FUEL COMPANY, TELFER TANK LINES, INC., TELFER ENTERPRISES, INC., and ASPHALT SERVICE COMPANY**

Dated: November 3, 2010    By:   /s/ Andrea M. Miller

Andrea M. Miller
**NAGELEY, MEREDITH & MILLER, INC.**
Attorneys for Defendants
**TELFER OIL COMPANY d/b/a WINDSOR FUEL COMPANY, TELFER TANK LINES, INC., TELFER ENTERPRISES, INC., and ASPHALT SERVICE COMPANY**

**IT IS SO ORDERED.**

Dated: November 3, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order Re Claim Construction Schedule