**SEGAL & KIRBY LLP**
James P. Mayo, SBN 169897
770 L Street, Suite 1440
Sacramento, CA 95814
Telephone: (916) 441-0828
jmayo@segalandkirby.com

**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
John F. Heil, III, OBA #15904, *pro hac vice*
Robert P. Fitz-Patrick, OBA #14713, *pro hac vice*
320 South Boston Avenue, Suite 200
Tulsa, Oklahoma 74103
Telephone (918) 594-0400
jheil@hallestill.com
rfitzpatrick@hallestill.com

ATTORNEYS FOR PLAINTIFF ROAD SCIENCE, LLC

*Please see continuation page for a complete list of the parties and their respective counsel.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROAD SCIENCE, L.L.C., a Delaware limited liability company, | Case No. 2:10-cv-00786 KJM GGH |
| Plaintiff, | **STIPULATION AND ORDER REGARDING CLAIM CONSTRUCTION BRIEFING SCHEDULE** |
| vs. | |
| TELFER OIL COMPANY d/b/a WINDSOR FUEL COMPANY WINDSOR FUEL COMPANY, a California partnership, TELFER TANK LINES, INC., a California corporation, TELFER ENTERPRISES, INC., a California corporation and ASPHALT SERVICE COMPANY, a California corporation, | |
| Defendants. | |

**CONTINUATION SHEET: PARTIES
AND THEIR RESPECTIVE COUNSEL**

**NAGELEY, MEREDITH & MILLER, INC.**
Andrea M. Miller
8001 Folsom Boulevard, Suite 100
Sacramento, CA 95826
Telephone: (916) 386-8282
amiller@nmlawfirm.com

**LAW OFFICES OF DAVID A. MAKMAN**
David A. Makman
90 New Montgomery St., Ste. 600
San Francisco, CA 94105
Telephone: (415) 777-8572
dmakman@makmanlaw.com

**NOVAK DRUCE & QUIGG LLP**
Robert F. Kramer
Gregory V. Novak
Eric Shih
Stephanie Wood
555 Mission Street, 34th Floor
San Francisco, CA 94105
Phone: (415) 814-6161
robert.kramer@novakdruce.com
greg.novak@novakdruce.com
eric.shih@novakdruce.com
stephanie.wood@novakdruce.com

ATTORNEYS FOR DEFENDANTS
TELFER OIL COMPANY
D/B/A WINDSOR FUEL COMPANY,
TELFER TANK LINES, INC.,
TELFER ENTERPRISES, INC. AND
ASPHALT SERVICE COMPANY

Plaintiff Road Science, LLC ("Road Science") and Defendants Telfer Oil Company, d/b/a Windsor Fuel Company, Telfer Tank Lines, Inc., Telfer Enterprises, Inc., and Asphalt Service Company (collectively "Defendants"), submit the following stipulation and proposed order regarding the first two dates of the claim construction briefing schedule set by this Court's Scheduling Order of August 10, 2011. Based on the unforeseen need of Road Science for a brief (two day) extension of the filing date for its Opening Claim Construction brief, Plaintiff and Defendants have agreed to modify (subject to the Court's approval) the first two dates of the claim construction briefing schedule. This stipulation is not intended to and if approved by the Court would not affect any other dates in the Court's scheduling order. Accordingly, Plaintiff and Defendants hereby state, stipulate and agree, subject to the Court's approval, to modify the schedule for the first two briefing dates in the claim construction briefing schedule order as follows:

1. September 2, 2011– Plaintiff's Opening Claim Construction Brief with supporting declaration(s) of any expert (s). (To be served by email and Federal Express for next day receipt.)

4. September 28, 2011– Defendants' Opening and Opposition Claim Construction Brief with supporting declaration(s) of any expert(s). (To be served by email and Federal Express for next day receipt.)

**IT IS SO STIPULATED.**

Dated: August 31, 2011

By:   /s/ Robert Fitz-Patrick
       Robert Fitz-Patrick, *pro hac vice*
       John F. Heil, III, *pro hac vice*
       **HALL, ESTILL, HARDWICK,**
         **GABLE, GOLDEN & NELSON, P.C.**

       AND

       James P. Mayo
       **SEGAL & KIRBY LLP**

       Attorney for Plaintiff
       ROAD SCIENCE, LLC

```
 1
 2
 3   By:    /s/ Robert F. Kramer
            Robert F. Kramer
 4          **NOVAK DRUCE + QUIGG LLP**

 5          AND

 6          Andrea Miller
            **NAGELEY, MEREDITH & MILLER, INC.**
 7
            Attorney for Defendants
 8          TELFER OIL COMPANY d/b/a
            WINDSOR FUEL COMPANY,
 9          TELFER TANK LINES, INC.
            TELFER ENTERPRISES, INC., and
10          ASPHALT SERVICE COMPANY

11
            AND
12
            David A. Makman
13          **LAW OFFICES OF DAVID A. MAKMAN**

14          Attorney for Defendants
            TELFER OIL COMPANY d/b/a
15          WINDSOR FUEL COMPANY,
            TELFER TANK LINES, INC.
16          TELFER ENTERPRISES, INC., and
            ASPHALT SERVICE COMPANY
17
18  **IT IS SO ORDERED.**

19  **Date: 9/15/2011**

20                                  _____
                                    UNITED STATES DISTRICT JUDGE
21
```