1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9    ROAD SCIENCE, L.L.C.,

10              Plaintiff,                    No. CIV S-10-0786 KJM GGH

11        vs.

12   TELFER OIL COMPANY d/b/a
     WINDSOR FUEL COMPANY et al.,
13

14              Defendants.                   ORDER

15   _____/

16        This court has considered the parties' proposed Stipulated Protective Order (Dkt

17   No. 54.)

18        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the parties'

19   Stipulated Protective Order is GRANTED with the following modifications.  The substantive

20   standards set forth by the Ninth Circuit for filing documents under seal are found in Pintos v.

21   Pacific Creditors Ass'n., 605 F.3d 665, 678 (9th Cir. 2010) and Phillips v. General Motors Corp.,

22   307 F.3d 1206, 1210 (9th Cir. 2002).

23        Any confidential material filed with the court, sealed or otherwise, will not be

24   returned at the conclusion of the litigation.

25   \\\\

26   \\\\

1

1    Procedurally, the parties must comply with E. D. Local Rules 141 and 141.1

2  regarding the sealing of documents.

3  IT IS SO ORDERED.

4  DATED: September 29, 2011

5                                          /s/ Gregory G. Hollows
                                    UNITED STATES MAGISTRATE JUDGE

6  GGH:wvr
   RoadScience.0786.prot.ord.modif.wpd

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26