**SEGAL & KIRBY LLP**
James P. Mayo, SBN 169897
770 L Street, Suite 1440
Sacramento, CA 95814
Telephone: (916) 441-0828
jmayo@segalandkirby.com

**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
John F. Heil, III, OBA #15904, *pro hac vice*
Robert P. Fitz-Patrick, OBA #14713, *pro hac vice*
320 South Boston Avenue, Suite 200
Tulsa, Oklahoma 74103
Telephone (918) 594-0400
jheil@hallestill.com
rfitzpatrick@hallestill.com

**ATTORNEYS FOR PLAINTIFF ROAD SCIENCE, LLC**

*Please see continuation page for a complete list of the parties and their respective counsel.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROAD SCIENCE, L.L.C., a Delaware limited liability company, | Case No. 2:10-cv-00786 KJM GGH |
| Plaintiff, | **STIPULATION AND ORDER REGARDING CLAIM CONSTRUCTION BRIEFING SCHEDULE** |
| vs. | |
| TELFER OIL COMPANY d/b/a WINDSOR FUEL COMPANY WINDSOR FUEL COMPANY, a California partnership, TELFER TANK LINES, INC., a California corporation, TELFER ENTERPRISES, INC., a California corporation and ASPHALT SERVICE COMPANY, a California corporation, | |
| Defendants. | |

**CONTINUATION SHEET: PARTIES
AND THEIR RESPECTIVE COUNSEL**

**NAGELEY, MEREDITH & MILLER, INC.**
Andrea M. Miller
8001 Folsom Boulevard, Suite 100
Sacramento, CA 95826
Telephone: (916) 386-8282
amiller@nmlawfirm.com

**LAW OFFICES OF DAVID A. MAKMAN**
David A. Makman
90 New Montgomery St., Ste. 600
San Francisco, CA 94105
Telephone: (415) 777-8572
dmakman@makmanlaw.com

**NOVAK DRUCE & QUIGG LLP**
Robert F. Kramer
Gregory V. Novak
Eric Shih
Stephanie Wood
555 Mission Street, 34th Floor
San Francisco, CA 94105
Phone: (415) 814-6161
robert.kramer@novakdruce.com
greg.novak@novakdruce.com
eric.shih@novakdruce.com
stephanie.wood@novakdruce.com

**ATTORNEYS FOR DEFENDANTS
TELFER OIL COMPANY
D/B/A WINDSOR FUEL COMPANY,
TELFER TANK LINES, INC.,
TELFER ENTERPRISES, INC. AND
ASPHALT SERVICE COMPANY**

Plaintiff Road Science, LLC ("Road Science") and Defendants Telfer Oil Company, d/b/a Windsor Fuel Company, Telfer Tank Lines, Inc., Telfer Enterprises, Inc., and Asphalt Service Company (collectively "Defendants"), submit the following stipulation and proposed order regarding the remaining two dates of the claim construction briefing schedule set by this Court's Scheduling Order of August 10, 2011 as amended September 16, 2011 (and as proposed to be amended by the Stipulation and Proposed Order of the parties of September 26, 2011).

Based on the unforeseen need of Plaintiff for a brief extension of the filing date for their Reply Claim Construction brief, Plaintiff and Defendants have agreed to modify (subject to the Court's approval) the remaining two dates of the claim construction briefing schedule. This stipulation is not intended to and if approved by the Court would not affect any other dates in the Court's scheduling order including the claim construction hearing. Accordingly, Plaintiff and Defendants hereby state, stipulate and agree, subject to the Court's approval, to modify the schedule for the remaining two dates of the claim construction briefing schedule as follows:

1. October 20, 2011– Plaintiff's Reply Claim Construction Brief. (To be served by email and Federal Express for next day receipt.)

2. November 1, 2011 – Defendants' Reply Claim Construction Brief. Defendants reserve the right to file a Reply Claim Construction Brief not to exceed 5-pages addressing newly raised arguments, if any, in Plaintiff's Reply Claim Construction Brief. Plaintiff reserves the right to object to such brief if no new arguments are presented in Plaintiff's Reply Claim Construction Brief. (To be served by email and Federal Express for next day receipt.)

1  **IT IS SO STIPULATED.**

2  Dated: October 13, 2011

4  By:   /s/ Robert Fitz-Patrick

5  Robert Fitz-Patrick, *pro hac vice*
   John F. Heil, III, *pro hac vice*
   **HALL, ESTILL, HARDWICK,**
6  **  GABLE, GOLDEN & NELSON, P.C.**

7  AND

8  James P. Mayo
   **SEGAL & KIRBY LLP**

10 Attorney for Plaintiff
   ROAD SCIENCE, LLC

12 By:   /s/ Robert F. Kramer

13 Robert F. Kramer
   **NOVAK DRUCE + QUIGG LLP**

14 AND

15 Andrea Miller
   **NAGELEY, MEREDITH & MILLER, INC.**

17 Attorney for Defendants
   TELFER OIL COMPANY d/b/a
   WINDSOR FUEL COMPANY,
18 TELFER TANK LINES, INC.
   TELFER ENTERPRISES, INC., and
19 ASPHALT SERVICE COMPANY

21 AND

22 David A. Makman
   **LAW OFFICES OF DAVID A. MAKMAN**

23 Attorney for Defendants
   TELFER OIL COMPANY d/b/a
24 WINDSOR FUEL COMPANY,
   TELFER TANK LINES, INC.
25 TELFER ENTERPRISES, INC., and
   ASPHALT SERVICE COMPANY

1 | **IT IS SO ORDERED.**

2 | **Date: 10/17/2011**

_____
UNITED STATES DISTRICT JUDGE

1306425.1:721880:01310