1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7                    FOR THE EASTERN DISTRICT OF CALIFORNIA

8   SEMMATERIALS, L.P.

9           Plaintiff,                    No. CIV S-08-0843 KJM GGH

10      vs.

11  MARTIN BROTHERS CONSTRUCTION,

12          Defendant.

13  _____/

14  ROAD SCIENCE, L.L.C.

15          Plaintiff,                    No. CIV S-09-2023 KJM GGH

16      vs.

17  CONTINENTAL WESTERN
    TRANSPORTATION COMPANY,
18  INC., et al.,

19          Defendants.

20  _____/

21  ROAD SCIENCE, L.L.C.,

22          Plaintiff,                    No. CIV S-10-0786 KJM GGH

23      vs.

24  TELFER OIL COMPANY dba
    WINDSOR FUEL COMPANY, et al.,        ORDER
25
            Defendants.
26  _____/

                                  1

1       Pursuant to 28 U.S.C. Section 455(a), the undersigned recuses himself from each

2  of the three-captioned cases.

3  DATED: 10/19/2011

                             /s/ Gregory G. Hollows

                             _____

                             UNITED STATES MAGISTRATE JUDGE