1 | James P. Mayo (State Bar No. 169897)
**SEGAL & KIRBY LLP**
400 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:   (916) 441-0828
Email: jmayo@segalandkirby.com

John F. Heil, III, (OBA 15904), *pro hac vice*
Robert P. Fitz-Patrick, (OBA 14713), *pro hac vice*
**HALL, ESTILL, HARDWICK, GABLE,
  GOLDEN & NELSON, P.C.**
320 South Boston Avenue, Suite 200
Tulsa, Oklahoma  74103
Telephone:   (918) 594-0400
Email: jheil@hallestill.com
           rfitzpatrick@hallestill.com

**ATTORNEYS FOR PLAINTIFF
ROAD SCIENCE, LLC**

*Please see continuation page for a complete list of the parties and their respective counsel.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROAD SCIENCE, L.L.C., a Delaware limited liability company, | |
| Plaintiff, | Case No. 2:10-cv-00786 KJM-KJN |
| vs. | |
| TELFER OIL COMPANY d/b/a WINDSOR FUEL COMPANY WINDSOR FUEL COMPANY, a California partnership, TELFER TANK LINES, INC., a California corporation, TELFER ENTERPRISES, INC., a California corporation and ASPHALT SERVICE COMPANY, a California corporation, | **STIPULATION AND ORDER TO VACATE SCHEDULE AND SET STATUS CONFERENCE** |
| Defendants. | |

**CONTINUATION SHEET: PARTIES
AND THEIR RESPECTIVE COUNSEL**

Robert F. Kramer (State Bar No. 181706)
**SNR DENTON US LLP**
525 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:   (415) 882-2416
Facsimile:    (415) 882-0300
Email: robert.kramer@snrdenton.com

David A. Makman (State Bar No. 178195)
**LAW OFFICES OF DAVID MAKMAN**
90 New Montgomery Street, Suite 600
San Francisco, California 94105
Telephone:  (415) 777-8572
Facsimile:  (415) 777-8632
Email: david@makmanlaw.com

Andrea M. Miller (State Bar No. 88992)
**NAGELEY, MEREDITH & MILLER, INC.**
8001 Folsom Boulevard, Suite 100
Sacramento, CA  95826
Email: amiller@nmlawfirm.com

Attorneys for Defendants
TELFER OIL COMPANY d/b/a
WINDSOR FUEL COMPANY,
TELFER TANK LINES, INC.
TELFER ENTERPRISES, INC., and
ASPHALT SERVICE COMPANY

-2-

Case No. 2:10-cv-00786 KJM-KJN
Stipulation And Order to Vacate Schedule and Set Status Conference

1  Plaintiff Road Science, LLC ("Road Science") and Defendants Telfer Oil Company, d/b/a
2  Windsor Fuel Company, Telfer Tank Lines, Inc., Telfer Enterprises, Inc., and Asphalt Service
3  Company (collectively "Defendants"), submit this Stipulation and Proposed Order to vacate the
4  schedule and requesting to set a status conference in the above-captioned case;

5  WHEREAS, the schedule established in this patent infringement case by the Court's August 9,
6  2011 Order ([Doc No. 51, which was amended by various stipulations of the parties and orders of the
7  Court, most recently by the Court's Order extending the deadline for filing amended counterclaims to
8  March 30, 2012 [Doc. No. 109]) was determined with reference to the claim construction proceedings
9  and the date that the Court issues a Claim Construction Order;

10 WHEREAS, the Court has taken the parties' claim construction briefing and argument under
11 submission and the parties stipulate and respectfully request that the Court Order enter an Order
12 scheduling a post-claim construction status conference to be held approximately two weeks after the
13 date that the Court issues a Claim Construction Order and the parties respectfully request that the Court
14 vacate the remaining dates on the current schedule;

15 THEREFORE, the Court Orders that a post-claim construction status conference will be
16 scheduled to be held approximately two weeks after the date that the Court issues a Claim Construction
17 Order and the remaining dates on the schedule set forth in the Court's August 9, 2011 Order are hereby
18 vacated.  The parties will be prepared to discuss new schedule dates at the post-claim construction
19 status conference when it is scheduled.

**IT IS SO STIPULATED.**

Dated: March 26, 2012


By: /s/ Robert Fitz-Patrick
      Robert Fitz-Patrick, *pro hac vice*
      John F. Heil, III, *pro hac vice*
      **HALL, ESTILL, HARDWICK,**
      **GABLE, GOLDEN & NELSON, P.C.**

      AND


      James P. Mayo
      **SEGAL & KIRBY LLP**

      Attorney for Plaintiff
      ROAD SCIENCE, LLC


By: /s/ Robert F. Kramer
      Robert F. Kramer
      **SNR DENTON US LLP**


      David A. Makman
      **LAW OFFICES OF DAVID A. MAKMAN**

      Attorney for Defendants
      TELFER OIL COMPANY d/b/a
      WINDSOR FUEL COMPANY,
      TELFER TANK LINES, INC.
      TELFER ENTERPRISES, INC., and
      ASPHALT SERVICE COMPANY

      AND


      Andrea Miller
      **NAGELEY, MEREDITH & MILLER, INC.**

      Attorney for Defendants
      TELFER OIL COMPANY d/b/a
      WINDSOR FUEL COMPANY,
      TELFER TANK LINES, INC.
      TELFER ENTERPRISES, INC., and
      ASPHALT SERVICE COMPANY

1 **IT IS SO ORDERED.**

2 Dated: March 27, 2012.

3 _____
UNITED STATES DISTRICT JUDGE

4 1405290.1:721880:01310
3/26/12

-3-