1  James P. Mayo (State Bar No. 169897)
   **SEGAL & KIRBY LLP**
2  400 Capital Mall, Suite 1600
   Sacramento, CA  95814
3  Telephone:   (916) 441-0828
   Email: jmayo@segalandkirby.com
4
   John F. Heil, III, (OBA 15904), *pro hac vice*
5  Robert P. Fitz-Patrick, (OBA 14713), *pro hac vice*
   **HALL, ESTILL, HARDWICK, GABLE,**
6   **GOLDEN & NELSON, P.C.**
   320 South Boston Avenue, Suite 200
7  Tulsa, Oklahoma  74103
   Telephone:   (918) 594-0400
8  Email: jheil@hallestill.com
        rfitzpatrick@hallestill.com
9
   **ATTORNEYS FOR PLAINTIFF**
10 **ROAD SCIENCE, LLC**

11 *Please see continuation page for a complete list*
12 *of the parties and their respective counsel.*

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15                       SACRAMENTO DIVISION

16 ROAD SCIENCE, L.L.C., a Delaware limited
17 liability company,
                                              Case No. 2:10-cv-00786 KJM-KJN
18         Plaintiff,

19      vs.

20 TELFER OIL COMPANY d/b/a WINDSOR       **STIPULATION AND (PROPOSED) ORDER**
   FUEL COMPANY WINDSOR FUEL             **REGARDING JOINDER.**
21 COMPANY, a California partnership, TELFER
   TANK LINES, INC., a California corporation,
22 TELFER ENTERPRISES, INC., a California
   corporation and ASPHALT SERVICE
23 COMPANY, a California corporation,

24         Defendants.

25

26

27

28

Case No. 2:10-cv-00786 KJM-KJN
Stipulation and (Proposed) Order Regarding Joinder

1

**CONTINUATION SHEET: PARTIES
AND THEIR RESPECTIVE COUNSEL**

2

3   Robert F. Kramer (State Bar No. 181706)
**SNR DENTON US LLP**
4   525 Market Street, 26th Floor
San Francisco, CA  94105
5   Telephone:   (415) 882-2416
Facsimile:    (415) 882-0300
6   Email: robert.kramer@snrdenton.com

7   David A. Makman (State Bar No. 178195)
**LAW OFFICES OF DAVID MAKMAN**
8   90 New Montgomery Street, Suite 600
San Francisco, California 94105
9   Telephone:  (415) 777-8572
Facsimile:  (415) 777-8632
10  Email: david@makmanlaw.com

11  Andrea M. Miller (State Bar No. 88992)
**NAGELEY, MEREDITH & MILLER, INC.**
12  8001 Folsom Boulevard, Suite 100
Sacramento, CA  95826
13  Email: amiller@nmlawfirm.com

14  Attorneys for Defendants
**TELFER OIL COMPANY d/b/a
WINDSOR FUEL COMPANY,
15  TELFER TANK LINES, INC.
TELFER ENTERPRISES, INC., and
16  ASPHALT SERVICE COMPANY**

17

18

19

20

21

22

23

24

25

26

27

28

1   Plaintiff Road Science, LLC ("Road Science") and Defendants Telfer Oil Company, d/b/a

2   Windsor Fuel Company, Telfer Tank Lines, Inc., Telfer Enterprises, Inc., and Asphalt Service

3   Company (collectively "Defendants"), submit the following stipulation and proposed order regarding

4   joinder of an additional party in this litigation and amendment of the caption herein.

5   WHEREAS, On or about August 25, 2011, Arr-Maz Products, L.P., a Delaware limited

6   partnership (which does business as Arr-Maz Custom Chemicals) ("Arr-Maz"), entered into an asset

7   purchase agreement ("APA") with Plaintiff, Road Science, LLC;

8   WHEREAS, pursuant to the APA, Arr-Maz acquired an interest in the claims in, prosecution

9   of, and recovery of damages in connection with, this litigation (the "Transfer of Interest");

10   WHEREAS, Plaintiff Road Science, LLC has changed its name to and is now known as

11   "RE$^2$CON, LLC";

12   NOW, THEREFORE, based on such Transfer of Interest as set forth in the APA, the parties

13   stipulate and agree that Arr-Maz should appropriately be joined in this litigation as a party plaintiff

14   along with plaintiff Road Science, LLC.  Accordingly, the parties jointly request that this Court by

15   order allow the joinder of Arr-Maz as an additional plaintiff in this litigation;

16   NOW, THEREFORE, the parties stipulate and agree that the caption in this case should be

17   revised to reflect the joinder of Arr-Maz and the name change of Road Science, LLC as follows:

18   "RE2CON, LLC, a Delaware limited liability company and ARR-MAZ PRODUCTS, L.P., a Delaware

19   limited partnership, Plaintiffs."

20

21   **IT IS SO STIPULATED.**

22

23   Dated: August 27, 2012

24

25

26

27

28

Case No. 2:10-cv-00786 KJM-KJN
Stipulation and (Proposed) Order Regarding Joinder

1  By:   /s/ Robert Fitz-Patrick_____
        Robert Fitz-Patrick, *pro hac vice*
2         John F. Heil, III, *pro hac vice*
       **HALL, ESTILL, HARDWICK,**
3         **GABLE, GOLDEN & NELSON, P.C.**

4         AND

5

6         James P. Mayo
       **SEGAL & KIRBY LLP**

7         **Attorneys for Plaintiff**
8         **ROAD SCIENCE, LLC**

9

10

11  By:   /s/ Robert F. Kramer_____
       Robert F. Kramer
       **SNR DENTON US LLP**
12

13         AND

14

15         David A. Makman
       **LAW OFFICES OF DAVID A. MAKMAN**

16         AND

17

18         Andrea Miller
       **NAGELEY, MEREDITH & MILLER, INC.**

19         **Attorneys for Defendants**
       **TELFER OIL COMPANY d/b/a**
20         **WINDSOR FUEL COMPANY,**
       **TELFER TANK LINES, INC.**
21         **TELFER ENTERPRISES, INC., and**
       **ASPHALT SERVICE COMPANY**

22

23

24

25

26

27

28

Case No. 2:10-cv-00786 KJM-KJN       -2-
Stipulation and (Proposed) Order Regarding Joinder

1  **IT IS SO ORDERED.**

2  Dated:  August ___, 2012

3
                                        _____
                                        KIMBERLY J. MUELLER
4                                        UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28