James P. Mayo (State Bar No. 169897)
**SEGAL & KIRBY LLP**
400 Capital Mall, Suite 1600
Sacramento, CA  95814
Telephone:  (916) 441-0828
Email: jmayo@segalandkirby.com

John F. Heil, III, (OBA 15904), *pro hac vice*
Robert P. Fitz-Patrick, (OBA 14713), *pro hac vice*
**HALL, ESTILL, HARDWICK, GABLE,
  GOLDEN & NELSON, P.C.**
320 South Boston Avenue, Suite 200
Tulsa, Oklahoma  74103
Telephone:  (918) 594-0400
Email: jheil@hallestill.com
         rfitzpatrick@hallestill.com

**ATTORNEYS FOR PLAINTIFFS
RE[2]CON, LLC AND ARR-MAZ PRODUCTS, L.P.**

*Please see continuation page for a complete list
of the parties and their respective counsel.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RE[2]CON, LLC, a Delaware limited liability company, and ARR-MAZ PRODUCTS, L.P., a Delaware Limited Partnership,<br><br>          Plaintiff,<br><br>     vs.<br><br>TELFER OIL COMPANY d/b/a WINDSOR FUEL COMPANY, a California partnership, TELFER TANK LINES, INC., a California corporation,  TELFER ENTERPRISES, INC., a California corporation and ASPHALT SERVICE COMPANY, a California corporation,<br><br>          Defendants. | Case No. 2:10-cv-00786 KJM-KJN<br><br><br><br>**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)** |

Case No. 2:10-cv-00786 KJM-KJN
Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii)

**CONTINUATION SHEET: PARTIES
AND THEIR RESPECTIVE COUNSEL**

Robert F. Kramer (State Bar No. 181706)
**SNR DENTON US LLP**
525 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:   (415) 882-2416
Facsimile:    (415) 882-0300
Email: robert.kramer@snrdenton.com

David A. Makman (State Bar No. 178195)
**LAW OFFICES OF DAVID MAKMAN**
655 Mariner's Island Blvd, Suite 306
San Mateo, CA 94404
Ph.:  (650) 242-1560
Fax:  (408) 716-3052
Email:  david@makmanlaw.com

Andrea M. Miller (State Bar No. 88992)
**NAGELEY, MEREDITH & MILLER, INC.**
8001 Folsom Boulevard, Suite 100
Sacramento, CA  95826
Email: amiller@nmlawfirm.com

**ATTORNEYS FOR DEFENDANTS TELFER OIL
COMPANY d/b/aWINDSOR FUEL COMPANY,
TELFER TANK LINES, INC. TELFER ENTERPRISES, INC., and
ASPHALT SERVICE COMPANY**

Case No. 2:10-cv-00786 KJM-KJN                              -2-
Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii)

Plaintiffs RE$^2$CON, LLC AND Arr-Maz Products, L.P. (collectively "Plaintiffs") and Defendants Telfer Oil Company, d/b/a Windsor Fuel Company, Telfer Tank Lines, Inc., Telfer Enterprises, Inc., and Asphalt Service Company (collectively "Defendants"), submit the following stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Plaintiffs and Defendants hereby stipulate to the dismissal of all claims and counterclaims made against each other, with prejudice to the refiling of those claims and counterclaims.

Plaintiffs and Defendants stipulate that each shall bear their own attorneys' fees, costs and expenses arising from or incurred in connection with this matter.

**IT IS SO STIPULATED.**

Dated: April 8, 2013

By: /s/ Robert Fitz-Patrick_____
Robert Fitz-Patrick, *pro hac vice*
John F. Heil, III, *pro hac vice*
**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

**AND**

James P. Mayo
**SEGAL & KIRBY LLP**

**ATTORNEYS FOR PLAINTIFFS RE$^2$CON, LLC AND ARR-MAZ PRODUCTS, L.P.**

Case No. 2:10-cv-00786 KJM-KJN
Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii)

By:    /s/ Robert F. Kramer

Robert F. Kramer
**SNR DENTON US LLP**

**AND**

David A. Makman
**LAW OFFICES OF DAVID MAKMAN**

**AND**

Andrea Miller
**NAGELEY, MEREDITH & MILLER, INC.**

**ATTORNEYS FOR DEFENDANTS TELFER OIL COMPANY d/b/a WINDSOR FUEL COMPANY, TELFER TANK LINES, INC. TELFER ENTERPRISES, INC., and ASPHALT SERVICE COMPANY**